IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>CARMEN MATOS-CARDONA,<br>Defendants. | INFORMATION<br><br>26-cr-036 (GMM)<br><br>Violation:<br><br>18 U.S.C. §§ 371 and 641 |

Received and Filed on February 2. 2026, at 11:45 a.m.

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

18 U.S.C. §§ 371 and 641 – Theft of Government Money; Conspiracy

In or about May 2020 and through in or about September 2021, in the District of Puerto Rico and within the jurisdiction of this Court, and elsewhere

CARMEN MATOS-CARDONA

the defendant herein, did combine, conspire, confederate and agree with others unknown to the grand jury, to willfully and knowingly embezzle, steal, purloin, and convert to their own use or the use of another, money of the United States over the amount of $1,000.00, that is, approximately $233,111.00 in violation of 18 U.S.C. §§ 371 and 641.

### Scheme and Artifice

The purpose of the scheme and artifice was for the defendant and her co-conspirators to engage in deceptive conduct designed to fraudulently obtain federally funded unemployment insurance benefits and disaster loans by causing false applications to be submitted to various state unemployment offices and the U.S. Small Business Administration.

## Overt Acts

The overt acts by which the defendant and her co-conspirators carried out the scheme and artifice to defraud included, but were not limited to, the following:

The co-conspirators would apply for unemployment benefits and SBA loans in various states in the names of various individuals.

The defendant's bank account information was included in the applications.

The defendant would receive electronic transfers of funds generated by these applications

Once received, defendant would use the money to enrich herself and send the remainder to others at the direction of her so-conspirators

W. STEPHEN MULDROW
United States Attorney

**SETH ERBE** Digitally signed by SETH ERBE
Date: 2026.01.21 10:59:44 -04'00'

Seth Erbe
Assistant U.S. Attorney
Chief, Financial Fraud & Public Corruption

**SCOTT ANDERSON** Digitally signed by SCOTT ANDERSON
Date: 2026.01.21 10:01:42 -04'00'

Scott Anderson
Assistant U.S. Attorney